**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA GAWEL,<br><br>                              Plaintiff,<br><br>v.<br><br>RADIUS HEALTH, INC., a Delaware Corporation,<br><br>                              Defendant. | Case No.:  3:20-cv-01744-H-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 48.] |

On February 3, 2022, Plaintiff Julia Gawel and Defendant Radius Health, Inc. filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41. (Doc. No. 48.) For good cause shown, the Court grants the joint motion to dismiss. The Court dismisses the action with prejudice. Each party will bear its own attorney fees and costs. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: February 7, 2022

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1

3:20-cv-01744-H-WVG